PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No  10-3337
_____

UNITED STATES OF AMERICA

v.

NELSON LUIS DIAZ,
Appellant
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 1-07-cr-00147-001)
District Judge:  Honorable John E. Jones, III
_____

Argued March 22, 2011

Before: SLOVITER, FUENTES, and SMITH, Circuit Judges

ORDER AMENDING OPINION

IT IS ORDERED that the slip opinion in the above case, filed May 5, 2011 be amended as follows:

Page 3, first full paragraph, line 10, "360 years to life" should be deleted and replaced by "360 months to life."

By the Court
 /s/   Dolores K. Sloviter
Circuit Judge

Dated: May 6, 2011
trg/cc:        Michael A. Consiglio, Esq.
Ronald A. Krauss, Esq.